IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE TOTTEN, | Nos. C-05-1675 TEH (PR) |
| | C-05-1965 TEH (PR) |
| Petitioner, | C-07-5974 TEH (PR) |
| v. | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| A. KANE, Warden, et. al., | |
| Respondent(s). | (Doc. #11) |

On September 25, 2008, the Court denied Petitioner's applications for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Parole Hearings' (BPH) January 27, 2003, June 29, 2004 and November 27, 2007 decisions to deny him parole. Doc. #9.

Petitioner filed a notice of appeal, which the Court now construes as a request for a Certificate of Appealability (COA) under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See Hayward v. Marshall, 603 F.3d 546, 552-56 (9th Cir. 2010) (en banc) (COA required regardless of whether state decision to deny release from confinement is administrative or judicial).

Petitioner's request for a COA (Doc. #11) is DENIED because Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Nor has Petitioner demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The Clerk shall forward to the Court of Appeals the case file with this Order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED   07/12/10

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.07\Totten-07-5974-deny coa-post-hayward.wpd

**2**